**Electronically Filed
Supreme Court
SCWC-16-0000410
08-JUL-2020
08:06 AM**

SCWC-16-0000410

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Petitioner-Appellee,

vs.

WINDYCESLAU D. LORENZO,
Petitioner/Respondent-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000410; S.P. NO. 15-1-0238)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Crabtree, in place of Pollack, J., recused)

Petitioner/Respondent-Appellant's Application for Writ

of Certiorari, filed on May 26, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, July 8, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeffrey P. Crabtree

